## MOTION DOCKET

**85–1209. State v. Scott.**

Cuyahoga App. No. 48609. Upon consideration of appellee's motion to set date for execution of sentence,

IT IS ORDERED by the court that the motion be, and hereby is, denied as premature.

IT IS FURTHER ORDERED by the court that appellee file notice with this court when the United States Court of Appeals for the Sixth Circuit of Ohio issues its mandate in case No. 98–4321, *Scott v. Mitchell,* and when the United States District Court for the Northern District of Ohio lifts the stay and dismisses the petition in case No. 1:95–CV–2037.

**00–507. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 96–899–TP–ALT. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for clarification by TCG Ohio, Inc., and Worldcom, Inc., to clarify the entry entered on December 5, 2000,

IT IS ORDERED by the court that the motion be, and hereby is, granted, and the brief filed by TCG Ohio, Inc., and Worldcom, Inc., shall be treated as an *amicus curiae* brief.

IT IS FURTHER ORDERED by the court that eighteen copies of the original brief filed on August 8, 2000, shall be filed within ten days of the date of this entry.

**00–2175. State v. Lordi.**

Mahoning App. Nos. 99CA247 and 99CA62. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion to defer consideration of memorandum in support of jurisdiction until after the Mahoning County Court of Appeals enters its judgment or upon appellant's motion to resume consideration of the memorandum in support of jurisdiction,

IT IS ORDERED by the court that the motion to defer consideration be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that appellant shall file a notice of the status of the Mahoning County Court of Appeals appeal or file a motion to resume consideration of the memorandum in support of jurisdiction no later than forty-five days after the court of appeals enters its judgment.